IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE JAMES, | \* |
| Plaintiff, | \* |
| v. | Case No. 5:22-cv-00069-MTT |
| JASON GRUBB, | \* |
| Defendant. | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 3, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.  Defendant shall also recover costs of this action.

This 3rd day of June, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk